**FILED**
APR - 6 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ERIC HOANG, DEFENDANT(S). | CASE NUMBER SA11-159M (Dft #1) ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Court_____, IT IS ORDERED that a detention hearing is set for _April 7_____, _2011_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _APR - 6 2011_____    _____/s/ MARC L. GOLDMAN_____
~~U.S. District Judge~~/Magistrate Judge