

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>ERIC HOANG,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-159M (Dft #1)<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

    Upon motion of _defense counsel_____, IT IS ORDERED that a detention hearing is set for _April 18_____, _2011_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                     (Other custodial officer)

Dated: _4/8/11_____

_MARC L. GOLDMAN_____
U.S. ~~District Judge~~/Magistrate Judge