

FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Eric Hoang DEFENDANT(S). | CASE NUMBER SA CR-11-00094-MMM-1 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Wednesday___, ___9/21/11___, at ___11:00___ ☒a.m. / ☐p.m. before the Honorable ___Ralph Zarefsky___, in Courtroom ___341___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/19/11___          _____
                              U.S. District Judge/Magistrate Judge

---